# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL CRIMES,

    Plaintiff,               Case No. 22-cv-12123
                                Hon. Jonathan J.C. Grey
v.                              Magistrate Judge Kimberly G. Altman

JORDAN,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 33)

Pro se plaintiff Michael Crimes filed this 42 U.S.C. § 1983 lawsuit against defendants Jordan, alleging that Jordan violated his constitutional rights and retaliated against him by placing him in segregation and preventing him from seeing a doctor. (ECF No. 1). This matter comes before the Court on Magistrate Judge Kimberly Altman's Report and Recommendation dated April 1, 2024. (ECF No. 33.) In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Jordan's motion to dismiss (ECF No. 30) and dismiss Crimes' cause of action due to Crimes' failure to respond to the Court's order to respond to the motion to dismiss (ECF No. 31), failure to

participate in discovery, and failure to notify the Court of Crimes' new address after being released from custody. (*See* ECF No. 33.) (*Id.*) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated April 1, 2024 (ECF No. 33) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Jordan's motion to dismiss (ECF No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: May 2, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 2, 2024.

                             s/ S. Osorio
                             Sandra Osorio
                             Case Manager